**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Joseph T. Brown, Jr.                       CHAPTER 13

       DEBTOR(S)                              BANKRUPTCY NO: 18-12346

**CERTIFICATION OF NO RESPONSE**

       I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>May 8, 2019</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

       I respectfully request that the Court enter the attached Order.

Dated:  May 28, 2019                                      <u>/s/ Georgette Miller</u>
                                                               Georgette Miller
                                                               Law Offices of Georgette Miller Esq., P.C
                                                               335 Evesham Avenue
                                                               Lawnside, NJ 08045
                                                               856-323-1100
                                                               Bar I.D. 86358
                                                               Attorney for Debtor(s)

{00343307;v1}