**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Joseph T. Brown, Jr.                          CHAPTER 13

       DEBTOR(S)                          BANKRUPTCY NO: 18-12346

**CERTIFICATION OF NO RESPONSE**

      I, the undersigned, certify that, having served or caused to be served, a copy of the
Notice, Application and Proposed Order on <u>May 8, 2019</u>, as shown in the Certification of Service
filed in this matter, that more than 20 days have passed and that I have received no response,
either oral or written, as of this date to Debtor Attorney's Application for Compensation and
Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.

Dated:  May 28, 2019                          <u>/s/ Georgette Miller</u>
                                                Georgette Miller
                                                Law Offices of Georgette Miller Esq.,
                                                P.C
                                                335 Evesham Avenue
                                                Lawnside, NJ 08045
                                                856-323-1100
                                                Bar I.D. 86358
                                                Attorney for Debtor(s)