IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joseph T. Brown, Jr.      CHAPTER 13

DEBTOR(S)      BANKRUPTCY NO: 18-12346

## ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of 4,000.00 and $500.00 in expenses.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $250.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____ /s/ Jean K. FitzSimon _____
Bankruptcy Judge
Jean K. FitzSimon

Dated: May 28, 2019

cc: Scott Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

US Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Joseph Brown, Jr.
5525 Willows Avenue
Philadelphia, PA 19143

{00343304;v1}