**Supplemental Application for Compensation**
**Itemized List**

Joseph Brown, Jr.
5525 Willow Avenue
Philadelphia, PA 19143
Case No.: 18.12346

| Time | Work Performed | Hours |
|---|---|---|
| 2/1/19 | review motion for relief; telephone call with Debtor | .35 |
| 2/3/19 | email exchange K McDonald; telephone call with Debtor; review payment history; review bank statements; prepare response | 2.18 |
| 2/5/19 | review stipulation; telephone call with Debtor | .20 |
| 2/10/19 | letter to Debtor re: updated income/expenses | .10 |
| 2/20/19 | voice mail Debtor re: updated income/expenses | .3 |
| 2/21/19 | telephone call with Debtor re: going to send info | .12 |
| 3/1/19 | voice mail Debtor re: still waiting for docs | .3 |
| 4/11/19 | telephone call with Debtor re: payments, stipulation, amended plan; he will come for appointment | .18 |
| 4/20/19 | meet with Debtor re income/expenses; will follow up with additional proof | .40 |
| 5/7/19 | email trustee; telephone call with Debtor re motion to modify | .22 |
| 5/8/19 | prepare motion to modify, amend plan, amend schedules | 1.40 |
|  | Anticipated hearing on motion to modify | 1.00 |
| **Total Hours:** |  | 6.75 |
| **Expenses:** |  |  |
|  | Anticipated parking | $17.00 |

Total Attorney Time:    6.75 hours
Expenses:               $17.00
Attorney Hourly Rate:   $350.00

Attorney Total:         $2362.50
Expenses Total:            17.00
Total:                  $2379.50

{00343303;v1}