IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Joseph T. Brown, Jr.               CHAPTER 13

      DEBTOR(S)                       BANKRUPTCY NO: 18-12346

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**                    $1,500. Anticipated expenses and fees
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,850.00 and $17.00 in expenses.  ~~are not allowed.~~
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Bankruptcy Judge
Jean K. FitzSimon

Dated:  May 30, 2019

Joseph Brown, Jr.
5525 Willows Avenue
Philadelphia, PA 19143

{00343313;v1}