# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph T. Brown, Jr. | : |
| | :    BK. No. 18-12346 |
| **Debtor(s)** | : |
| | :    Chapter No. 13 |
| | : |

## CERTIFICATION OF NO RESPONSE

      I, the undersigned, certify that, having served or caused to be served, a copy of the Modified Plan filed on May 8, 2019, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

      I respectfully request that the Court enter the attached Order.

Dated: June 11, 2019

/s/ Michelle Lee
Michelle Lee, Esq.
Law Offices of Georgette Miller, Esq.,P.C.
119 S. Easton Rd
Glenside, PA 19038
Attorney for Debtors
mlee@georgettemillerlaw.com

{00346643;v1}