**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JOSEPH T. BROWN, JR.          : CHAPTER 13
                                     :
                                     : BK. NO.: 18-12346

**O R D E R**

AND NOW, this _____ day of _____2019, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

_____
**Honorable Jean K. FitzSimon**

**Date: June 12, 2019**