# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph T. Brown Jr. <br>             Debtor <br><br> PENNSYLVANIA HOUSING FINANCE AGENCY <br>             Movant <br>     vs. <br><br> Joseph T. Brown Jr. <br>             Debtor <br><br> Scott F. Waterman, Esquire <br>             Trustee | CHAPTER 13 <br><br><br><br><br> NO. 18-12346 JKF <br><br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certification of Default of Stipulation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about September 16, 2019 (Document No. 64).

                                                            Respectfully submitted,

                                                            **/s/ Rebecca A. Solarz, Esquire**
                                                            Rebecca A. Solarz, Esquire
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA  19106
                                                            215-627-1322

December 4, 2019