| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-12346-AMC

JOSEPH T BROWN JR
5525 WILLOWS AVENUE
PHILADELPHIA  PA   19143

Petition Filed Date: 04/08/2018
341 Hearing Date: 06/08/2018
Confirmation Date: 11/28/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $250.00 | | 02/19/2019 | $250.00 | | 03/18/2019 | $250.00 | |
| 04/15/2019 | $250.00 | | 05/21/2019 | $250.00 | | 07/22/2019 | $525.00 | Monthly Plan P |
| 08/07/2019 | $275.00 | | 09/10/2019 | $525.00 | | 10/15/2019 | $525.00 | 6245782000 |
| 11/12/2019 | $525.00 | 6317796000 | 01/22/2020 | $1,000.00 | 6498614000 | 02/18/2020 | $525.00 | 6569275000 |
| 03/16/2020 | $575.00 | 6639910000 | 04/27/2020 | $550.00 | 6743059000 | 06/11/2020 | $550.00 | 6853187000 |
| 07/08/2020 | $575.00 | 6926519000 | 08/10/2020 | $525.00 | 7001969000 | | | |

**Total Receipts for the Period: $7,925.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,925.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 19 | AMERICAN INFOSOURCE LP<br>»» 019 | Unsecured Creditors | $808.61 | $0.00 | $808.61 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $352.81 | $0.00 | $352.81 |
| 2 | CCAP AUTO LEASE LTD<br>»» 02S | Secured Creditors | $13,820.00 | $1,035.21 | $12,784.79 |
| 2 | CCAP AUTO LEASE LTD<br>»» 02U | Unsecured Creditors | $10,014.33 | $0.00 | $10,014.33 |
| 8 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $312.16 | $0.00 | $312.16 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $1,875.30 | $0.00 | $1,875.30 |
| 10 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $727.21 | $0.00 | $727.21 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $900.72 | $0.00 | $900.72 |
| 6 | DEPARTMENT STORE NATIONAL BANK<br>»» 006 | Unsecured Creditors | $2,913.76 | $0.00 | $2,913.76 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $1,351.06 | $0.00 | $1,351.06 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $2,032.08 | $0.00 | $2,032.08 |
| 3 | MOMA FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,492.55 | $0.00 | $1,492.55 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $4,917.81 | $368.37 | $4,549.44 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 04P | Ongoing Mortgage | $7,078.88 | $530.26 | $6,548.62 |

**Chapter 13 Case No. 18-12346-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 21 | CITY OF PHILADELPHIA (LD) »» 021 | Secured Creditors | $335.33 | $18.77 | $316.56 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $3,335.53 | $0.00 | $3,335.53 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $5,872.46 | $0.00 | $5,872.46 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $5,451.07 | $0.00 | $5,451.07 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $2,915.24 | $0.00 | $2,915.24 |
| 20 | TD BANK NA »» 020 | Unsecured Creditors | $14,884.24 | $0.00 | $14,884.24 |
| 15 | TD BANK USA NA »» 015 | Unsecured Creditors | $3,345.39 | $0.00 | $3,345.39 |
| 16 | US DEPARTMENT OF EDUCATION »» 016 | Unsecured Creditors | $110,121.90 | $0.00 | $110,121.90 |
| 5 | WELLS FARGO »» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO »» 05U | Unsecured Creditors | $1,166.23 | $0.00 | $1,166.23 |
| 22 | GEORGETTE MILLER ESQ »» 022 | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 23 | GEORGETTE MILLER ESQ »» 023 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 24 | GEORGETTE MILLER ESQ »» 024 | Attorney Fees | $350.00 | $0.00 | $350.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,925.00 | Current Monthly Payment: | $525.00 |
| Paid to Claims: | $7,702.61 | Arrearages: | $950.00 |
| Paid to Trustee: | $876.04 | Total Plan Base: | $35,925.00 |
| Funds on Hand: | $1,346.35 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.