*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Joseph T Brown, Jr.
    Debtor(s)

Case No: 18–12346–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of the terms of the Stipulation Filed by REBECCA ANN SOLARZ on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY (related document(s)36, 34, 37).

    on: 3/31/21

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/3/21

Timothy B. McGrath
Clerk of Court

79 – 77
Form 167