United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-12346-amc

Joseph T Brown, Jr.                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: 167 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph T Brown, Jr., 5525 Willows Avenue, Philadelphia, PA 19143-4024 |
| 14087356 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14087357 | | Best Buy, Capital One Retail Services, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14118847 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14099388 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14121419 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14087371 | + | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14087372 | + | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 14130658 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 14087374 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14122195 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14087376 | + | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 Interanational Lane, Madison, WI 53704-3121 |
| 14087380 | + | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 14110477 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14204394 | | Email/Text: megan.harper@phila.gov | Mar 04 2021 07:42:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14087358 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 07:45:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14087359 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 07:45:52 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14123644 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 07:45:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14087360 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 07:45:45 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14087362 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 07:45:45 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14087363 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2021 07:41:00 | Comenity Bank/Express, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14087364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2021 07:41:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14087365 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2021 07:41:00 | Comenitycapital/gmstop, Attn: Bankruptcy Dept, |

District/off: 0313-2        User: admin        Page 2 of 3

Date Rcvd: Mar 03, 2021        Form ID: 167        Total Noticed: 45

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 183003, Columbus, OH 43218-3003 |
| 14112997 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 08:29:12 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14262758 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2021 07:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14094720 | | Email/Text: mrdiscen@discover.com | Mar 04 2021 07:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14087366 | + | Email/Text: mrdiscen@discover.com | Mar 04 2021 07:41:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14087361 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 04 2021 07:45:45 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14087367 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 04 2021 07:41:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14122557 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2021 07:45:49 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14087368 | + | Email/Text: bnc@nordstrom.com | Mar 04 2021 07:41:49 | Nordstrom FSB, Attn: Bankruptcy Department, Po Box 6555, Englewood, CO 80155-6555 |
| 14110447 | + | Email/Text: blegal@phfa.org | Mar 04 2021 07:42:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14120460 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2021 07:45:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14087488 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2021 07:45:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14087369 | + | Email/Text: blegal@phfa.org | Mar 04 2021 07:42:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14087370 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 04 2021 07:41:00 | Peco, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14101758 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2021 07:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14119338 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2021 07:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14119339 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2021 07:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14087373 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2021 07:45:52 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14087375 | | Email/Text: bankruptcy@td.com | Mar 04 2021 07:42:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14121960 | + | Email/Text: bncmail@w-legal.com | Mar 04 2021 07:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14087377 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 04 2021 07:41:00 | Verizon, Attn: Wireless Bankruptcy Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14087379 | + | Email/Text: megan.harper@phila.gov | Mar 04 2021 07:42:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 31

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Mar 03, 2021                       Form ID: 167                                    Total Noticed: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14087378 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| GEORGETTE MILLER | on behalf of Debtor Joseph T Brown  Jr. mlee@margolisedelstein.com, jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com ;mcon1@margolisedelstein.com;LeeMR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com |

TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Joseph T Brown, Jr.

        Debtor(s)

Case No: 18−12346−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of the terms of the Stipulation Filed by REBECCA ANN SOLARZ on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY (related document(s)36, 34, 37).

on: 3/31/21

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/3/21

Timothy B. McGrath
Clerk of Court

79 − 77
Form 167