United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-12346-amc

Joseph T Brown, Jr.                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                        Page 1 of 2

Date Rcvd: Nov 17, 2021                  Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph T Brown, Jr., 5525 Willows Avenue, Philadelphia, PA 19143-4024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| FREDERICK L. REIGLE | |
| | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| GEORGETTE MILLER | |
| | on behalf of Debtor Joseph T Brown  Jr. Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| POLLY A. LANGDON | |
| | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | |

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Joseph Brown, Jr., | : | Chapter 13 |
| | : | |
| | : | |
| Debtor(s). | : | Bankruptcy No. 18-12346 |

**O R D E R**

   **AND NOW, this _____ day of _____2021, upon** consideration of the Debtor's

Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the

consent of the Chapter 13 Trustee,

   It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtors' Amended Chapter 13 Plan is **APPROVED**.

**Date: November 17, 2021**     _____

              **Honorable A. Chan**

{00384558;v1}