| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-12346-AMC

JOSEPH T  BROWN JR
5525 WILLOWS AVENUE
PHILADELPHIA  PA    19143

Petition Filed Date: 04/08/2018
341 Hearing Date: 06/08/2018
Confirmation Date: 11/28/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/05/2021 | $700.00 | 7651534000 | 07/16/2021 | $2,000.00 | 7815155000 | 08/10/2021 | $800.00 | 7870606000 |
| 08/17/2021 | $800.00 | 7885228000 | 09/21/2021 | $800.00 | 7961729000 | 11/10/2021 | $540.00 | 8071597000 |
| 01/06/2022 | $535.00 | 8191378000 | 02/07/2022 | $535.00 | 8263298000 | 03/07/2022 | $535.00 | 8326121000 |
| 04/08/2022 | $535.00 | 8392579000 | 05/06/2022 | $535.00 | 8452385000 | 06/08/2022 | $535.00 | 8517186000 |
| 07/07/2022 | $535.00 | 8574612000 | | | | | | |

**Total Receipts for the Period:  $9,385.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,835.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 19 | AMERICAN INFOSOURCE LP  »» 019 | Unsecured Creditors | $808.61 | $0.00 | $808.61 |
| 7 | BECKET & LEE, LLP  »» 007 | Unsecured Creditors | $352.81 | $0.00 | $352.81 |
| 2 | CCAP AUTO LEASE LTD  »» 02S | Secured Creditors | $13,820.00 | $5,817.79 | $8,002.21 |
| 2 | CCAP AUTO LEASE LTD  »» 02U | Unsecured Creditors | $10,014.33 | $0.00 | $10,014.33 |
| 8 | QUANTUM3 GROUP LLC as agent for  »» 008 | Unsecured Creditors | $312.16 | $0.00 | $312.16 |
| 9 | QUANTUM3 GROUP LLC as agent for  »» 009 | Unsecured Creditors | $1,875.30 | $0.00 | $1,875.30 |
| 10 | QUANTUM3 GROUP LLC as agent for  »» 010 | Unsecured Creditors | $727.21 | $0.00 | $727.21 |
| 1 | DISCOVER BANK  »» 001 | Unsecured Creditors | $900.72 | $0.00 | $900.72 |
| 6 | DEPARTMENT STORE NATIONAL BANK  »» 006 | Unsecured Creditors | $2,913.76 | $0.00 | $2,913.76 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC  »» 012 | Unsecured Creditors | $1,351.06 | $0.00 | $1,351.06 |
| 18 | LVNV FUNDING LLC  »» 018 | Unsecured Creditors | $2,032.08 | $0.00 | $2,032.08 |
| 3 | MOMA FUNDING LLC  »» 003 | Unsecured Creditors | $1,492.55 | $0.00 | $1,492.55 |
| 4 | PA HOUSING FINANCE AGENCY  »» 004 | Mortgage Arrears | $4,917.81 | $2,070.24 | $2,847.57 |
| 4 | PA HOUSING FINANCE AGENCY  »» 04P | Ongoing Mortgage | $7,078.88 | $2,980.01 | $4,098.87 |

| 21 | CITY OF PHILADELPHIA (LD) »» 021 | Secured Creditors | $335.33 | $141.17 | $194.16 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $3,335.53 | $0.00 | $3,335.53 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $5,872.46 | $0.00 | $5,872.46 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $5,451.07 | $0.00 | $5,451.07 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $2,915.24 | $0.00 | $2,915.24 |
| 20 | TD BANK NA »» 020 | Unsecured Creditors | $14,884.24 | $0.00 | $14,884.24 |
| 15 | TD BANK USA NA »» 015 | Unsecured Creditors | $3,345.39 | $0.00 | $3,345.39 |
| 16 | US DEPARTMENT OF EDUCATION »» 016 | Unsecured Creditors | $110,121.90 | $0.00 | $110,121.90 |
| 5 | WELLS FARGO »» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO »» 05U | Unsecured Creditors | $1,166.23 | $0.00 | $1,166.23 |
| 22 | **GEORGETTE MILLER ESQ** »» 022 | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 23 | **GEORGETTE MILLER ESQ** »» 023 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 24 | **GEORGETTE MILLER ESQ** »» 024 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $6,000.00 | $0.00 | $6,000.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,835.00 | Current Monthly Payment: | $535.00 |
| Paid to Claims: | $16,759.21 | Arrearages: | $530.00 |
| Paid to Trustee: | $2,063.59 | Total Plan Base: | $42,020.00 |
| Funds on Hand: | $5,012.20 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.