| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 18-12346-AMC

JOSEPH T  BROWN JR
5525 WILLOWS AVENUE
PHILADELPHIA  PA    19143

Petition Filed Date: 04/08/2018
341 Hearing Date: 06/08/2018
Confirmation Date: 11/28/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2023 | $535.00 | 9316975000 | 09/19/2023 | $535.00 | 9378254000 | 10/18/2023 | $535.00 | 9438138000 |
| 11/21/2023 | $535.00 | 9488484000 | 01/10/2024 | $535.00 | 9573365000 | 02/14/2024 | $535.00 | 9622070000 |
| 03/07/2024 | $535.00 | 9672474000 | 04/16/2024 | $535.00 | 9737074000 | 05/20/2024 | $535.00 | 9785172000 |
| 06/17/2024 | $535.00 | 9837933000 | 07/17/2024 | $535.00 | 9880306000 | | | |

**Total Receipts for the Period:  $5,885.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $36,675.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 19 | CAPITAL ONE BANK (USA) NA »» 019 | Unsecured Creditors | $808.61 | $0.00 | $808.61 |
| 7 | CAPITAL ONE NA »» 007 | Unsecured Creditors | $352.81 | $0.00 | $352.81 |
| 2 | CHRYSLER CAPITAL AUTO LEASE LTD »» 02S | Secured Creditors | $13,820.00 | $10,955.88 | $2,864.12 |
| 2 | CHRYSLER CAPITAL AUTO LEASE LTD »» 02U | Unsecured Creditors | $10,014.33 | $0.00 | $10,014.33 |
| 8 | QUANTUM3 GROUP LLC as agent for »» 008 | Unsecured Creditors | $312.16 | $0.00 | $312.16 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 009 | Unsecured Creditors | $1,875.30 | $0.00 | $1,875.30 |
| 10 | QUANTUM3 GROUP LLC as agent for »» 010 | Unsecured Creditors | $727.21 | $0.00 | $727.21 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $900.72 | $0.00 | $900.72 |
| 6 | DEPARTMENT STORE NATIONAL BANK »» 006 | Unsecured Creditors | $2,913.76 | $0.00 | $2,913.76 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $1,351.06 | $0.00 | $1,351.06 |
| 18 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $2,032.08 | $0.00 | $2,032.08 |
| 3 | MOMA FUNDING LLC »» 003 | Unsecured Creditors | $1,492.55 | $0.00 | $1,492.55 |
| 4 | PA HOUSING FINANCE AGENCY »» 004 | Mortgage Arrears | $4,917.81 | $3,898.61 | $1,019.20 |
| 4 | PA HOUSING FINANCE AGENCY »» 04P | Ongoing Mortgage | $7,078.88 | $5,611.80 | $1,467.08 |
| 21 | CITY OF PHILADELPHIA (LD) »» 021 | Secured Creditors | $335.33 | $253.47 | $81.86 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $3,335.53 | $0.00 | $3,335.53 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $5,872.46 | $0.00 | $5,872.46 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $5,451.07 | $0.00 | $5,451.07 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $2,915.24 | $0.00 | $2,915.24 |
| 20 | TD BANK NA »» 020 | Unsecured Creditors | $14,884.24 | $0.00 | $14,884.24 |
| 15 | TD BANK USA NA »» 015 | Unsecured Creditors | $3,345.39 | $0.00 | $3,345.39 |
| 16 | US DEPARTMENT OF EDUCATION »» 016 | Unsecured Creditors | $110,121.90 | $0.00 | $110,121.90 |
| 5 | WELLS FARGO »» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO »» 05U | Unsecured Creditors | $1,166.23 | $0.00 | $1,166.23 |
| 22 | **GEORGETTE MILLER ESQ-TAX LEVY 11/9/20** »» 022 | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 23 | **GEORGETTE MILLER ESQ-TAX LEVY 11/9/20** »» 023 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 24 | **GEORGETTE MILLER ESQ-TAX LEVY 11/9/20** »» 024 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $6,000.00 | $0.00 | $6,000.00 |
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,675.00 | Current Monthly Payment: | $535.00 |
| Paid to Claims: | $26,469.76 | Arrearages: | $1,065.00 |
| Paid to Trustee: | $3,229.89 | Total Plan Base: | $42,020.00 |
| Funds on Hand: | $6,975.35 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.