Certificate Number: 15317-PAE-DE-039661904

Bankruptcy Case Number: 18-12346



15317-PAE-DE-039661904

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 14, 2025</u>, at <u>2:07</u> o'clock <u>PM PDT</u>, <u>Joseph T Brown</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   May 14, 2025              By:   /s/Jerry Fajardo

                                  Name: Jerry Fajardo

                                  Title: Counselor