**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph Brown, Jr. | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 18-12346 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on June 23, 2025 , as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated: July 7, 2025                /s/ Michelle Lee, Esq.
                                   Dilworth Paxson LLP
                                   1650 Market Street, Suite 1200
                                   Philadelphia, PA 19103
                                   bky@dilworthlaw.com