| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 18-12346-AMC**

JOSEPH T  BROWN JR
5525 WILLOWS AVENUE
PHILADELPHIA  PA    19143

Petition Filed Date: 04/08/2018
341 Hearing Date: 06/08/2018
Confirmation Date: 11/28/2018

Case Status: Completed on 7/23/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2024 | $535.00 | 9933676000 | 09/16/2024 | $535.00 | 9977652000 | 10/16/2024 | $535.00 | 1002821500 |
| 11/26/2024 | $535.00 | | 01/10/2025 | $535.00 | | 02/12/2025 | $535.00 | |
| 03/14/2025 | $535.00 | | 03/31/2025 | $535.00 | | 04/23/2025 | $535.00 | |
| 05/22/2025 | $535.00 | | 07/23/2025 | $535.00 | | | | |

**Total Receipts for the Period:  $5,885.00    Amount Refunded to Debtor Since Filing:  $6,354.21    Total Receipts Since Filing: $42,025.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 19 | CAPITAL ONE BANK (USA) NA <br> »» 019 | Unsecured Creditors | $808.61 | $2.18 | $806.43 |
| 7 | CAPITAL ONE NA <br> »» 007 | Unsecured Creditors | $352.81 | $0.95 | $351.86 |
| 2 | CHRYSLER CAPITAL AUTO LEASE LTD <br> »» 02S | Secured Creditors | $13,820.00 | $13,820.00 | $0.00 |
| 2 | CHRYSLER CAPITAL AUTO LEASE LTD <br> »» 02U | Unsecured Creditors | $10,014.33 | $26.98 | $9,987.35 |
| 8 | QUANTUM3 GROUP LLC as agent for <br> »» 008 | Unsecured Creditors | $312.16 | $0.84 | $311.32 |
| 9 | QUANTUM3 GROUP LLC as agent for <br> »» 009 | Unsecured Creditors | $1,875.30 | $5.05 | $1,870.25 |
| 10 | QUANTUM3 GROUP LLC as agent for <br> »» 010 | Unsecured Creditors | $727.21 | $1.96 | $725.25 |
| 1 | DISCOVER BANK <br> »» 001 | Unsecured Creditors | $900.72 | $2.43 | $898.29 |
| 6 | DEPARTMENT STORE NATIONAL BANK <br> »» 006 | Unsecured Creditors | $2,913.76 | $7.85 | $2,905.91 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC <br> »» 012 | Unsecured Creditors | $1,351.06 | $3.64 | $1,347.42 |
| 18 | LVNV FUNDING LLC <br> »» 018 | Unsecured Creditors | $2,032.08 | $5.48 | $2,026.60 |
| 3 | MOMA FUNDING LLC <br> »» 003 | Unsecured Creditors | $1,492.55 | $4.02 | $1,488.53 |
| 4 | PA HOUSING FINANCE AGENCY <br> »» 04A | Mortgage Arrears | $4,917.81 | $4,917.81 | $0.00 |
| 4 | PA HOUSING FINANCE AGENCY <br> »» 04B | Secured Creditors | $7,078.88 | $7,078.88 | $0.00 |
| 21 | CITY OF PHILADELPHIA (LD) <br> »» 021 | Secured Creditors | $335.33 | $335.33 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $3,335.53 | $8.99 | $3,326.54 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $5,872.46 | $15.82 | $5,856.64 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $5,451.07 | $14.69 | $5,436.38 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $2,915.24 | $7.85 | $2,907.39 |
| 20 | TD BANK NA »» 020 | Unsecured Creditors | $14,884.24 | $40.10 | $14,844.14 |
| 15 | TD BANK USA NA »» 015 | Unsecured Creditors | $3,345.39 | $9.01 | $3,336.38 |
| 16 | US DEPARTMENT OF EDUCATION »» 016 | Unsecured Creditors | $110,121.90 | $296.72 | $109,825.18 |
| 5 | WELLS FARGO BANK NA »» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NA »» 05U | Unsecured Creditors | $1,166.23 | $3.14 | $1,163.09 |
| 22 | **GEORGETTE MILLER ESQ-TAX LEVY  11/9/20** »» 022 | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 23 | **GEORGETTE MILLER ESQ-TAX LEVY  11/9/20** »» 023 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 24 | **GEORGETTE MILLER ESQ-TAX LEVY  11/9/20** »» 024 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $6,000.00 | $0.00 | $6,000.00 |
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 22 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | SOCIAL SECURITY ADMINISTRATION - OGC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | VERIZON WIRELESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH T  BROWN JR | Debtor Refunds | $6,354.21 | $6,354.21 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,025.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $38,713.93 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,311.07 | Total Plan Base: | $42,020.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.