United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12346-amc |
| Joseph T Brown, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 28, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph T Brown, Jr., 5525 Willows Avenue, Philadelphia, PA 19143-4024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2025 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14087356 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 29 2025 00:34:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14087357 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 00:41:20 | Best Buy, Capital One Retail Services, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14204394 | | Email/Text: megan.harper@phila.gov | Oct 29 2025 00:34:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14087358 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 00:41:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14087359 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 00:41:19 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14123644 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 00:41:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14118847 | | Email/PDF: bncnotices@becket-lee.com | Oct 29 2025 00:41:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14087360 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 00:41:07 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14087361 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 29 2025 00:41:07 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |
| 14099388 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 29 2025 00:34:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14087362 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 00:41:14 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14087363 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2025 00:34:00 | Comenity Bank/Express, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14087364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-12346-amc   Doc 136   Filed 10/30/25   Entered 10/31/25 00:39:19   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 29 2025 00:34:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14087365 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2025 00:34:00 | Comenitycapital/gmstop, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 14112997 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 00:41:20 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14087378 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 00:41:20 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14262758 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2025 00:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14094720 | | Email/Text: mrdiscen@discover.com | Oct 29 2025 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14087366 | + | Email/Text: mrdiscen@discover.com | Oct 29 2025 00:34:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14087367 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 00:41:19 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14122557 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2025 00:41:07 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14087368 | + | Email/Text: bnc@nordstrom.com | Oct 29 2025 00:34:07 | Nordstrom FSB, Attn: Bankruptcy Department, Po Box 6555, Englewood, CO 80155-6555 |
| 14121419 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2025 00:34:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14110447 | + | Email/Text: blegal@phfa.org | Oct 29 2025 00:34:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14087371 | ^ | MEBN | Oct 29 2025 00:28:06 | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14120460 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2025 00:41:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14087488 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2025 00:41:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14087369 | + | Email/Text: blegal@phfa.org | Oct 29 2025 00:34:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14087370 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 29 2025 00:34:00 | Peco, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14101758 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2025 00:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14119338 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2025 00:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14119339 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2025 00:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14087372 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 29 2025 00:34:00 | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 14087373 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2025 00:41:07 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14087375 | | Email/Text: bankruptcy@td.com | Oct 29 2025 00:34:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

Case 18-12346-amc    Doc 136    Filed 10/30/25    Entered 10/31/25 00:39:19    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| 14121960 | + Email/Text: bncmail@w-legal.com<br>Oct 29 2025 00:34:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14130658 | + Email/Text: bankruptcy@td.com<br>Oct 29 2025 00:34:00 | | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 14087374 | Email/Text: bncmail@w-legal.com<br>Oct 29 2025 00:34:00 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14122195 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov<br>Oct 29 2025 00:34:00 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14087376 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov<br>Oct 29 2025 00:34:00 | | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 Interanational Lane, Madison, WI 53704-3121 |
| 14087377 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Oct 29 2025 00:34:00 | | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14087380 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com<br>Oct 29 2025 01:31:05 | | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 14087379 | + Email/Text: megan.harper@phila.gov<br>Oct 29 2025 00:34:00 | | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14110477 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com<br>Oct 29 2025 01:31:05 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHELLE LEE
    on behalf of Debtor Joseph T Brown  Jr. bky@dilworthlaw.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 138OBJ* (6/24)−doc 135 − 133

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Joseph T Brown Jr. ) | Case No. 18−12346−amc |
| ) | |
| ) | |
|   Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 28, 2025                  For The Court

                                                                                            Mohung Wong
                                                                                            Clerk of Court